UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-cr-186

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>)<br>LUIS PEREZ-JIMINEZ )<br>) | **ORDER** |

**THIS MATTER** is before the Court upon the Government's Motion to dismiss Counts Two and Three of the Indictment without prejudice, pursuant to Fed. R. Crim. P. 48(a). (Doc. No. 7).

**IT IS ORDERED** that the Government's motion is **GRANTED** and Counts Two and Three the Indictment against Luis Perez-Jiminez are dismissed without prejudice.

Signed: March 20, 2012

Robert J. Conrad, Jr.
Chief United States District Judge